IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v. CASE NO. 1:03-cr-00055-MP -AK

SANTANA MACEDO,

Defendant.

_______________________________/

**O R D E R**

This matter is before the Court on a faxed motion by the Defendant requesting this Court vacate his guilty plea and sentence. Defendant alleges that he was advised by his counsel at the time that he would not be subject to deportation as a consequence of his guilty plea in this case. Counsel's failure to advise Mr. Macedo of the deportation consequence to his felony conviction, he argues, renders his plea constitutionally deficient and therefore voidable. *See* Padilla v. Kentucky, U.S. Supreme Ct. Case No. 08-651, 2010 WL 1222274 (March 21, 2010).

Defendant's immigration attorney, Angela Wynn-Stewart, Esq., has also filed a motion requesting a copy of Mr. Macedo's Pre-Sentence Report to assist in her representation in the immigration context. Upon consideration, it is

**ORDERED AND ADJUDGED:**

1. The Clerk is directed to docket the Motion to Vacate Plea and Sentence With Oral Hearing Requested, and to provide the United States with a copy of that motion.

2. The United States is DIRECTED to respond to the Motion to Vacate Plea and Sentence within fifteen (15) days of its receipt.

3. Ruling on the request for the Pre-Sentence Report is DEFERRED until a ruling

has been issued on the Motion to Vacate Plea and Sentence.

**DONE AND ORDERED** this *1st* day of December, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge